Robert C. Weaver, Jr., Bar #801350
E-Mail: rweaver@gsblaw.com
Paul H. Trinchero, Bar #014397
E-Mail: ptrinchero@gsblaw.com
Garvey Schubert Barer
Eleventh Floor
121 S.W. Morrison Street
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NIKE, INC., an Oregon corporation,<br><br>    Plaintiff,<br><br>v.<br><br>TUNG WING HO, KYLE KEOKI YAMAGUCHI, DENISE WEI-CHING YEE, SHU-CHU YAMAGUCHI, and JASON M. KEATING<br><br>    Defendants. | Case No. _____<br><br>**PLAINTIFF NIKE, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1-1, plaintiff Nike, Inc., an Oregon corporation, certifies that it has no parent company and that there is no publicly held corporation that owns 10% or more of Nike, Inc.'s stock.

DATED:  April 28, 2014

                                  GARVEY SCHUBERT BARER

                                  By _____
                                  Robert C. Weaver, Jr., Bar # 801350
                                  Telephone: (503) 228-3939
                                  Fax:  (503) 226-0259
                                  E-Mail:  rweaver@gsblaw.com
                                  Paul H. Trinchero, Bar # 014397

                                  Attorneys for Plaintiff

PDX_DOCS:516586.1