**KEVIN M. SALI**, OSB. No. 044065
kevin@salilaw.com
Kevin Sali LLC
5 Centerpointe Drive, Suite 400
Lake Oswego, OR 97035
Telephone: (503) 329-3598
Facsimile: (503) 765-5377

Attorney for Defendant Jason M. Keating

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **NIKE, INC.**, an Oregon corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**TUNG WING HO, KYLE KEOKI YAMAGUCHI, DENISE WEI-CHING YEE, SHU-CHU YAMAGUCHI**, and **JASON M. KEATING**,<br><br>Defendants. | Case No. 3:14-cv-00696-MO<br><br>**DECLARATION OF KEVIN SALI IN SUPPORT OF DEFENDANT JASON M. KEATING'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

I, Kevin Sali, hereby declare as follows:

1. I am the attorney representing defendant Jason Keating in the above-captioned action. I make this declaration based on personal knowledge.

2. The requested extension is necessary in order for Mr. Keating and his counsel to investigate the relevant factual and legal issues and to prepare a response to the Complaint.

PAGE 1 – **DECLARATION OF KEVIN SALI IN SUPPORT OF DEFENDANT JASON M. KEATING'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

3. I have conferred with counsel for plaintiff Nike, Inc. and plaintiff does not oppose this motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 3, 2014 in Clackamas County, Oregon.

                                                  s/Kevin Sali
                                                  Kevin Sali