**Robert C. Weaver, Jr.,** OSB #801350
E-Mail: rweaver@gsblaw.com
**Paul H. Trinchero,** OSB #014397
E-Mail: ptrinchero@gsblaw.com
**Eryn Karpinski Hoerster,** OSB #106126
E-Mail: ehoerster@gsblaw.com
Garvey Schubert Barer
Eleventh Floor
121 SW Morrison Street
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **NIKE, INC.**, an Oregon corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>**TUNG WING HO, KYLE KEOKI YAMAGUCHI, DENISE WEI-CHING YEE, SHU-CHU YAMAGUCHI, and JASON M. KEATING**,<br><br>    Defendants. | Case No. 3:14-cv-00696-MO<br><br>**JOINT PROPOSED CASE SCHEDULE** |

    Pursuant to the Court's April 24, 2015, Order, Plaintiff Nike, Inc. and Defendant Jason M. Keating respectfully submit the following joint proposed case schedule.

    1.    In a parallel criminal proceeding, Mr. Keating will be sentenced in *USA v. Jason Michael Keating,* United States District Court for the District of Oregon Case No. 3:14-cr-00282-KI-3, on September 2, 2015.

2. The parties continue to actively engage in settlement negotiations.

3. The filing of a Fed. R. Civ. P. 16 pre-trial order and Fed. R. Civ. P. 26(a)(1) initial disclosures are waived. Fed. R. Civ. P. 26(f) conferences are also waived.

4. In light of the above, the following case schedule is proposed by the parties:

| Date | Event |
| --- | --- |
| 8/3/2015 | Parties may serve discovery requests |
| 9/18/2015 | Deadline for filing of Amended Answer, if any |
| 9/18/2015 | In light of his 9/2/15 sentencing, Keating may wait until this date to serve responses and objections to Nike's discovery requests served on or before 8/14/15, and produce responsive documents thereto |
| 11/13/2015 | Close of discovery |
| 12/4/2015 | Dispositive motion deadline |
| 3/1/2015 | Trial |

5. All other deadlines shall be as provided in the Federal Rules of Civil Procedure and the Local Rules for the District of Oregon.

DATED this 8th day of June, 2015.

KEVIN SALI LLC

By *s/ Kevin Sali*
  Kevin Sali, OSB # 044065
  Telephone: (503) 329-3598
  Fax: (503) 765-5377
  E-Mail: kevin@salilaw.com

  Attorneys for Defendant Jason M. Keating

GARVEY SCHUBERT BARER

By *s/ Robert C. Weaver, Jr.*
  Robert C. Weaver, Jr., OSB # 801350
  Telephone: (503) 228-3939
  Fax: (503) 226-0259
  E-Mail: rweaver@gsblaw.com
  Paul H. Trinchero, OSB # 014397
  Eryn Karpinski Hoerster, OSB # 106126

  Attorneys for Plaintiff Nike, Inc.

GSB:7109540.2