Robert C. Weaver, Jr., OSB #801350
E-Mail: rweaver@gsblaw.com
Paul H. Trinchero, OSB #45880
E-Mail: ptrinchero@gsblaw.com
Eryn Karpinski Hoerster, OSB #106126
E-Mail: ehoerster@gsblaw.com
Garvey Schubert Barer
Eleventh Floor
121 SW Morrison Street
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NIKE, INC., an Oregon corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>TUNG WING HO, KYLE KEOKI YAMAGUCHI, DENISE WEI-CHING YEE, SHU-CHU YAMAGUCHI, and JASON M. KEATING,<br><br>    Defendants. | Case No. 3:14-cv-00696-MO<br><br>**STIPULATED JUDGMENT BETWEEN PLAINTIFF NIKE, INC. AND DEFENDANT JASON KEATING** |

Plaintiff Nike, Inc. ("Nike") and Defendant Jason Keating ("Keating") stipulate:

1. On April 28, 2014, Nike filed a complaint against Keating, and four other defendants in *Nike, Inc. v. Tung Wing Ho, et al*, United States District Court for the District of Oregon Case No. 3:14-cv-00696-MO ("Civil Litigation"), in which Nike seeks recovery of its

damages arising out of defendants' alleged theft of Nike promo and sample products and illicit sale of such property to third parties.

2. Nike and Keating agree that Keating is jointly and severally liable to Nike in the amount of $65,000 for the claims alleged in the Civil Litigation.

3. In January 2016, Nike and Keating entered into a confidential Settlement Agreement and Mutual Release ("Agreement"). Under the terms of the Agreement, Keating agreed to entry of this Stipulated Judgment in the amount of $65,000.

4. United States District Court Judge Michael W. Mosman has retained jurisdiction, if necessary, to enforce the terms of the Agreement.

IT IS ORDERED AND ADJUDGED that:

1. Defendant Jason Keating will pay to Nike, Inc. $65,000 subject to the terms of the Agreement.

2. Interest shall accrue on the judgment amount at the rate of 0.5% per annum.

Dated this 22 day of January, 2016.

/s/ Michael W. Mosman
UNITED STATES DISTRICT COURT JUDGE
MICHAEL W. MOSMAN

**IT IS SO STIPULATED:**

| **GARVEY SCHUBERT BARER** | **KEVIN SALI, LLC** |
|---|---|
| By: */s Robert C. Weaver, Jr.* <br> Robert C. Weaver, Jr., Attorneys for Plaintiff Nike, Inc. | By: */s Kevin Sali* <br> Kevin Sali, Attorney for Defendant Jason Keating |
| DATED: 1/15/16 | DATED: 1/15/16 |

GSB:7386560.2